**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **DONAL BRYAN VAZQUEZ MARROQUIN** | **CASE NO. 3:26-CV-02444 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **TAE D. JOHNSON, ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED, ADJUDGED AND DECREED that the Petition for Writ of Habeas Corpus submitted by Donal Bryan Vazquez Marroquin is DISMISSED without prejudice.

THUS DONE in Chambers on this 13th day of October, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE